**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6929**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL, SR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-93-262-A, CA-97-382-AM)

---

Submitted:  October 18, 2001          Decided:  October 26, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Lloyd George Maxwell, Sr., Appellant Pro Se.  Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd George Maxwell, Sr., appeals the district court's order denying his Motion for Relief from Judgment and for Leave to Amend Pleadings.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Maxwell, Nos. CR-93-262-A; CA-97-382-AM (E.D. Va. May 24, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED